IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DEPOMED, INC:, a California corporation,

    *Plaintiff and Counterclaim Defendant,*

      v.

ENDO PHARMACEUTICALS INC.,

    *Defendant and Counterclaim Plaintiff.*

STIPULATION OF DISMISSAL

Case No.:  3:13-cv-02467-MLC-TJB

## STIPULATED DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c), Plaintiff and Counterclaim Defendant DEPOMED, INC. and Defendant and Counterclaim Plaintiff ENDO PHARMACEUTICALS INC. hereby stipulate to the dismissal of all claims and counterclaims asserted by them in the above-styled action. Each side will bear its own fees and costs.

Dated: January 6, 2016    By: _____

                         Keith J. Miller

           **ROBINSON MILLER LLC**
           One Newark Center, 19th Floor
           Newark, New Jersey 07102
           (973) 690-5400

           *Attorneys for Plaintiff/Counterclaim-Defendant Depomed, Inc.*

Dated: January 6, 2016    By: _____

                         John E. Flaherty

           **MCCARTER & ENGLISH, LLP**
           Four Gateway Center
           100 Mulberry Street
           Newark, New Jersey 07102
           Phone: (973) 622-4444

           *Attorneys for Defendant/Counterclaim-Plaintiff Endo Pharmaceuticals Inc.*